# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

RICHARD G. DURAND

VERSUS

PATRICK J. DEYNOODT, HEATHER
DEYNOODT RATCLIFF, AND
MORGAN TAYLOR DEYNOODT

NO.  2025 CW 0814

**SEPTEMBER 4, 2025**

---

In Re:    Richard G. Durand, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          202410383.

---

**BEFORE:    LANIER, WOLFE, AND HESTER, JJ.**

**WRIT DENIED.**

WIL
EW
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT